IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CAREY, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 03-CV-1772 |
| vs. | ) Chief Judge |
| NAKATA ENGINEERING CO., LTD., a corporation and DABSCO EQUIPMENT, INC., a Florida corporation t/d/b/a D.A. BUIE EQUIPMENT SALES CO., a corporation, | ) Magistrate Judge Arthur J. Schwab ) ) *Document Electronically Filed* |
| Defendants. | ) |

### STIPULATION

The plaintiff, David Carey, and defendant, Dabsco Equipment, Inc., t/d/b/a D.A. Buie Equipment Sales Co., hereby stipulate and agree to dismiss, with prejudice, plaintiff's claims against Dabsco Equipment, Inc., t/d/b/a D.A. Buie Equipment Sales Co. and dismiss, with prejudice, any and all crossclaims of Dabsco Equipment, Inc., t/d/b/a D.A. Buie Equipment Sales Co. against any other defendant in this matter.

STIPULATED AND AGREED TO:

WOOMER & FRIDAY LLP                         LEVICOFF, SILKO & DEEMER, P.C.

BY: _[signature]_                            BY: _[signature]_
Peter D. Friday, Esquire                     Elizabeth E. Deemer, Esquire
PA I.D. #48745                               PA I.D. #58232

3220 West Liberty Avenue – Suite 200         650 Smithfield Street – Suite 1900
Pittsburgh, PA 15216                         Pittsburgh, PA 15222

APPROVED this _14_ day of _February_, 2006.

_____ J.
JEANNE SENSENICH
U.S. Magistrate Judge
U.S. Post Office & Courthouse
Pittsburgh, PA 15219